ELLEN CHA (SBN 250243)
BRIAN A. PAINO (SBN 251243)
JOSEPH C. DELMOTTE (SBN 259460)
**PITE DUNCAN, LLP**
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: jdelmotte@piteduncan.com

Attorneys for Defendants RUSHMORE LOAN MANAGEMENT SERVICES, LLC, and WELLS FARGO BANK, N.A.,NOT IN IT'S INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC REMIC TRUST, SERIES 2010-3 (erroneously named herein as RMAC REMIC Trust, Series 2010-3 and Roosevelt Mortgage Acquisition Company REMIC Trust Series 2010-3)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>ROBERT D. FERNANDEZ,<br><br>　　　　　Debtor. | Bankruptcy Case No. 8:11-bk-19184-TA<br><br>Chapter 13<br><br>Adversary Case No. 8:11-ap-01330-TA |
| ROBERT D. FERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., not in its individual capacity but solely as Trustee for the RMAC REMIC TRUST, SERIES 2010-3; RMAC REMIC TRUST, SERIES 2010-3; ROOSEVELT MORTGAGE ACQUISITION COMPANY REMIC TRUST SERIES 2010-3; JP MORGAN CHASE BANK, N.A., CHASE HOME FINANCE, LLC; NORTHWEST TRUSTEE SERVICES, INC; RUSHMORE LOAN MANAGEMENT SERVICES LLC; All persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto; And DOES 1 THROUGH 10, inclusive,<br>　　　　　Defendants. | **RUSHMORE LOAN MANAGEMENT SERVICES, LLC AND WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC REMIC TRUST, SERIES 2010-3'S REQUEST FOR JUDICIAL NOTICE**<br><br>[Fed. R. Bankr. P. 7004, 7012 & Fed. R. Civ. P. 12(b)(1)(5) & (6)]<br><br>**Hearing:**<br>Date:　　October 27, 2011<br>Time:　　10:00 a.m.<br>Ctrm:　　5B<br>Judge:　　Hon. Theodor Albert<br><br><br><br>Filed concurrently with:<br>Notice of Motion<br>Motion to Dismiss<br>Memorandum of Points and Authorities |

Defendants RUSHMORE LOAN MANAGEMENT SERVICES, LLC ("Rushmore") and WELLS FARGO BANK, N.A., NOT IN IT'S INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC REMIC TRUST, SERIES 2010-3 ("Wells Fargo Bank, N.A. as Trustee"), respectfully request that the Court take judicial notice of the records and pleadings more particularly described below pursuant to the provisions of Rule 201(b) and Rule 201(d) of the Federal Rules of Evidence, which are made applicable to this proceeding by Rule 9017 of the Federal Rules of Bankruptcy Procedure:

- **Exhibit A**: Promissory note executed by Robert D. Fernandez ("Plaintiff") on or about May 3, 2007, in the original principal sum of $799,000.00 (the "Note") and the allonge attached to the Note.

- **Exhibit B**: Deed of Trust executed by Plaintiff and Veronica Fernandez, securing the Note and encumbering the real property commonly known as 26781 Bridlewood Dr, Laguna Hills, California 92653 (the "Property").

- **Exhibit C**: Assignment of Deed of Trust from JPMorgan Chase Bank, N.A. to Chase Home Finance, LLC executed on or about June 19, 2007 and recorded as Instrument Number 2010000408794 in the Official Records of Orange County, State of California on August 23, 2010.

- **Exhibit D**: Assignment of Deed of Trust from Chase Home Finance, LLC to Wells Fargo Bank, N.A., not in its individual capacity but solely as Trustee for RMAC REMIC Trust, Series 2010-3 executed June 19, 2007 and recorded as Instrument Number 2010000408795 in the Official Records of Orange County, State of California on August 23, 2010.

- **Exhibit E**: Unauthorized grant deed purporting to transfer a five percent (5%) interest in the Property to Leo Delgado executed and recorded on or about April 25, 2011 as Instrument Number 2011000206962 in the Official Records of Orange County, State of California.

/././

/././

- **Exhibit F**: U.S. Bankruptcy Court for the Central District of California – Los Angeles Division PACER docket for Leo Delgado's Bankruptcy Case No. 2:11-bk-23565-TD.

- **Exhibit G**: U.S. Bankruptcy Court for the Central District of California – Santa Ana Division PACER docket for Plaintiff's Bankruptcy Case No. 8:11-bk-17608-TA ("First Bankruptcy Case").

Pursuant to Federal Rule of Evidence 201, the court may take judicial notice of adjudicative facts, which are "either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Notably, the Court may "take judicial notice of facts that are a matter of public record." Hefner v. Chao, 2009 WL 2485754, *1 (S.D. Cal. 2009); Lee v. City of Los Angeles, 250 F. 3d 668, 689 (9th Cir. 2001); Mack v. South Bay Beer Distrib., 798 F. 2d 1279, 1282 (9th Cir. 1986) (overruled in part on other grounds by Astoria Federal Sav. and Loan Ass'n v. Solimino, 501 U.S. 104 (1991).

In addition, "documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss." Branch v. Tunnell, 14 F. 3d 449, 454 (9th Cir. 1994) ("[A] document is not 'outside' the complaint if the complaint specifically refers to the document and if its authenticity is not questioned"; a court may properly consider such document in ruling on a motion to dismiss), overruled in part on other grounds by Galbraith v. County of Santa Clara, 307 F.3d 1119 (9th Cir. 2002).

/././

/././

/././

/././

/././

/././

/././

1  The Court may take judicial notice of **Exhibit A** because its contents are alleged in the
2  Complaint and there is no dispute regarding the existence or authenticity of the document. See
3  Compl. Moreover, the Court may take judicial notice of **Exhibits B** through **G** because these
4  documents are a matter of public record.

Respectfully submitted,

Dated:  September 1, 2011          PITE DUNCAN, LLP

/s/ Joseph C. Delmotte
JOSEPH C. DELMOTTE (SBN 259460)
Attorneys for Defendant RUSHMORE LOAN MANAGEMENT SERVICES, LLC AND WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC REMIC TRUST, SERIES 2010-3